**Fill in this information to identify the case:**

Debtor 1     Timothy D. Maglisco

Debtor 2     Patricia A. Maglisco
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN DISTRICT OF PENNSYLVANIA

Case number 15-24285-CMB

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:    Mortgage Information

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee for the Tiki Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX4498

**Property address:**   165 Peka Drive
Lower Burrell, PA 15068

**Court claim no.** (if known): _____

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   07/01/2019
                                                               MM / DD / YYYY

✓ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                               (a) $ _____

b. Negative Escrow Balance:                                         + (b) $ (3,327.96)

c. **Total**. Add lines a and b.                                         (c) $ (3,327.96)

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     __/__/____
                                                                          MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

Debtors: Timothy D. Maglisco, and Patricia A. Maglisco     Case number (if known): 15-24285-CMB

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jillian Nolan Snider          Date   09/23/2019
   Signature

Print    Jillian Nolan Snider                                Title  Attorney
         First Name    Middle Name    Last Name

Company    Tucker Arensberg, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1500 One PPG Place
           Number         Street

           Pittsburgh, PA 15222
           City          State    ZIP Code

Contact phone   (412) 566–1212                Email   jsnider@tuckerlaw.com